IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40900
Summary Calendar
_____

MYRON C. DAGLEY,

Plaintiff-Appellant,

versus

CITY OF DENISON, TEXAS, ET AL.,

Defendants-Appellees,

JOHN DOES 1-15; JANE DOES, 1-5,

Defendants.

- - - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:95-CV-55
- - - - - - - - - - -
May 17, 1996

Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Myron C. Dagley challenges the grant of summary judgment for the defendants-appellees. He does not challenge the district court's imposition of sanction. Therefore, that issue is deemed abandoned on appeal. See Eason v. Thaler, 14 F.3d 8, 9 n.1 (5th Cir. 1994).

We have carefully reviewed the appellate arguments and the record. For essentially the same reasons upon which the district

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

court relied, see Dagley v. Lovell, No. 4:95cv55 (E.D. Tex. Oct. 13, 1995), we conclude that the district court did not err in granting summary judgment for the defendants-appellees.

Dagley's argument concerning alleged judicial bias against him by the district court is without merit. See Liteky v. United States, 114 S. Ct. 1147, 1157-58 (1994).

Dagley's appeal is without arguable merit and thus frivolous. Because it is frivolous, it is dismissed. See 5th Cir. R. 42.2.

DISMISSED.